IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILMER CRUZ-CORREA,<br><br>Defendant. | Case No. 1:25-MJ-202 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Charles H. Williams, being duly sworn, depose and state:

1. I am a Deportation Officer with the United States Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), in Fairfax County, Virginia. I have been employed with ICE ERO for 6 years. I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code.

2. My duties as a Deportation Officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code and seeking, when applicable, prosecution and removal of violators. I have received training in general law enforcement, including training in Title 8 of the United States Code.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant for WILMER CRUZ-CORREA (hereafter referred to as CRUZ-CORREA), an alien who was found in the United States after being denied admission, excluded, deported, or removed, or

having departed the United States while an order of exclusion, deportation, or removal was outstanding, in violation of Title 8, United States Code, Section 1326(a).

4. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5. On or about July 12, 2023, ICE learned that CRUZ-CORREA had been detained on or about July 9, 2023, at the Fairfax County Detention Center in Fairfax, Virginia, within the Eastern District of Virginia.

6. ICE performed records checks which confirmed that CRUZ-CORREA is a native and citizen of Honduras who was removed from the United States on or about December 06, 2017, at or near Brownsville, Texas. CRUZ-CORREA did not have legal authorization to reenter or remain in the United States.

7. I requested the fingerprint card and booking photo relating to CRUZ-CORREA's Virginia arrest after being removed from the United States. The fingerprint card was electronically processed through ICE indices containing fingerprint records of known and previously deported aliens. Results of this query showed positive matches to CRUZ-CORREA with both his Federal Bureau of Investigation (FBI)/Universal Control Number (UCN), and his Alien Registration Number

8. I also reviewed CRUZ-CORREA's immigration file maintained by U.S. Citizenship and Immigration Services. The file, also known as an Alien File, revealed that

CRUZ-CORREA is a citizen and national of Honduras. The file contained an executed Immigration Service Form I-296, Notice To Alien Ordered Removed/Departure Verification, bearing the photograph and fingerprint of CRUZ-CORREA. This form showed that CRUZ-CORREA was removed from the United States on or about December 06, 2017, from Brownsville, Texas.

9. On March 19, 2025, I asked the ICE Homeland Security Investigations (HSI) Forensic Laboratory to compare the following fingerprints:

(i) CRUZ-CORREA's fingerprint on the Immigration Service Form I-296 executed on December 06, 2017;

(ii) The fingerprints taken after CRUZ-CORREA's Fairfax, Virginia arrest on July 09, 2023;

The HSI Forensic Laboratory successfully matched all the submitted fingerprints to CRUZ-CORREA's Alien File Number and his FBI number.

10. CRUZ-CORREA's Alien File lacks evidence of any immigration benefit, document, or status that would allow him to legally enter, be admitted, pass through, or reside in the United States. Further, CRUZ-CORREA has not obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following his formal removal.

## CONCLUSION

11. Based on the foregoing, I submit that there is probable cause to believe that on or about July 09, 2023, in Fairfax County, Virginia, within the Eastern District of Virginia, WILMER CRUZ-CORREA, an alien who was removed from the United States on or about December 06 2017, at or near Brownsville, Texas, did knowingly and unlawfully re-enter the United States and was found in the United States without having obtained the express consent of

the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, § 1326(a).

Respectfully submitted,

Charles H. Williams
Deportation Officer
U.S. Immigration and Customs Enforcement

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on April 1st, 2025.

Lindsey R Vaala Digitally signed by Lindsey R Vaala
Date: 2025.04.01 10:48:16 -04'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge

Alexandria, Virginia